# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DUSTIN DEAN HELLE,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C23-1512-SKV |

   **Jury Verdict.** This action comes before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

  By Order of the Court, the decision of the Commissioner is REVERSED and REMANDED for further administrative proceedings.

  Dated this 27th day of December, 2023.

                     RAVI SUBRAMANIAN
                     Clerk

                     s/ Stefanie Prather
                     Deputy Clerk